IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MERCADO, et al., | CASE NO. CV F 08-1646 LJO SMS |
| Plaintiffs, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |
| vs. | |
| SANDOVAL INC., et. al, | |
| Defendants. | |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and
3. VACATES all pending dates, including the December 16, 2008 scheduling conference, before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   November 4, 2008**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

1